# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
March 03, 2026
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Antonio De Jesus Casiano-Dominguez<br><br>*Defendant(s)* | )<br>)<br>) Case No.  **4:26-mj-161**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 23, 2024** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, Subsequent to having been convicted of a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202 (3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Angel D. Bracero Lora, Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 03/03/2026

*Judge's signature*

City and state: Houston, Texas   Hon. Dena H. Palermo, US Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angel D. Bracero Lora, being duly sworn telephonically, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since December 27, 2015. My law enforcement career began May 22, 2008, as a Customs and Border Protection Border Patrol Agent. I held this position until transferring to Immigration and Customs Enforcement as a Deportation Officer. I currently have over 17 years of immigration law enforcement experience.

(2) On July 23, 2024, Immigration and Customs Enforcement (ICE) encountered Antonio De Jesus Casiano-Dominguez (Defendant) near his residence in Harris County, Texas.

(3) On March 02, 2026, the Texas Department of Criminal Justice transferred the Defendant to the custody of ICE at the Montgomery Processing Center in Conroe, Texas for administrative immigration proceedings.

(4) On March 03, 2026, at approximately 08:00 am., ICE identified the Defendant as eligible for prosecution for violation of 8 U.S.C. § 1326(a) and (b).

(5) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(6) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(7) Element One: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(8) Element Two: The Defendant has previously been deported or removed from the United States on the following occasions:

1. Removed 03/03/2023
2. Removed 09/26/2008

(9)     <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on July 23, 2024, in Harris County, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in the paragraph. On March 03, 2026, LESC advised me that it had an ICE query record in Harris County, Texas, dated August 09, 2024.

(10)    <u>Element Four</u>:  The Defendant did not have permission to reenter the United States. On March 03, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(11)    <u>Prior Criminal History</u>: The Defendant has the following prior criminal history:

   a) On October 08, 2001, Defendant, using the name Antonio Jesus Casiano, was convicted in the 182nd District Court in Harris County, Texas, for the offense of unauthorized use of a motor vehicle, committed on or about October 06, 2001, in Cause No. 890140. He was sentenced to 11 months confinement.

   b) On March 04, 2005, Defendant, using the name Antonio Casiano, was convicted in the County Criminal Court at Law No. 10 in Harris County, Texas, for the offense of DWI, committed on or about November 25, 2004, in Cause No. 1271554. He was sentenced to 30 days confinement.

   c) On July 19, 2006, Defendant, using the name Antonio Casiano, was convicted in the 337th District Court in Harris County, Texas, for the offense of possession of Cocaine less than 1 gram, committed on or about July 18, 2006, in Cause No. 1076933. He was sentenced to 60 days confinement.

   d) On May 24, 2016, Defendant, using the name Antonio Casiano, was convicted in the County Criminal Court at Law No. 12 in Harris County, Texas, for the offence of DWI 2nd offender, committed on or about March 03, 2016, in Cause No. 207788701010. He was sentenced to 1 year confinement, probated 2 years.

e) On November 2, 2022, Defendant, using the name Antonio Jesus Casiano, was convicted in the 179th District Court in Harris County, Texas, for the offence of DWI third, committed on or about October 4, 2021, in Cause No. 174226301010. He was sentenced to 5 years confinement, probated for 5 years. On August 19, 2024, his probation was revoked and he was sentenced to 2 years confinement.

(12)  On March 03, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning the criminal complaint. On or about that day, Assistant U.S. Attorney Ekua Assabill (713) 819-6210 accepted this case for prosecution for violation of 8 U.S.C. § 1326(a) and (b).

Angel D. Bracero Lora, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on March 03, 2026, and I find probable cause.

Hon. Dena H. Palermo
United States Magistrate Judge
Southern District of Texas